UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON ZELLER,

  Plaintiff,                                        CASE NO.:  8:18-CV-01762-VMC-JSS

-vs-

UBER TECHNOLOGIES, INC.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Jason Zeller, and the Defendant, Uber Technologies, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 7th day of September, 2018.

| */s/ Octavio Gomez* | */s/ Edward M. Mullins* |
|---|---|
| Octavio Gomez, Esquire | Brandon T. White, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No. 106792 |
| Morgan & Morgan, Tampa, P.A. | Edward Mullins, Esquire |
| One Tampa City Center | Florida Bar No. 863920 |
| Tampa, Florida 33602 | Email: bwhite@reedsmith.com |
| Tele: (813) 223-5505 | Reed Smith LLP |
| Fax: (813) 223-5402 | 1001 Brickell Bay Drive, Suite 900 |
| Primary Email: TGomez@ForThePeople.com | Miami, Florida 33131 |
| Secondary Email: | Telephone: (786) 747-0222 |
| LDobbins@ForThePeople.com | Facsimile: (786) 747-0299 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |